UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID WORONICK | ) | CIVIL ACTION NO. |
|    Plaintiff | ) | 3:17-CV-00889-VAB |
| | ) | |
| v. | ) | |
| | ) | |
| NISSAN OF MIDDLETOWN CT LLC | ) | |
| f/k/a GPB CARS, LLC | ) | |
|    Defendant | ) | |
| | ) | SEPTEMBER 26, 2017 |

NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, David Woronick,

through his attorney, hereby gives notice that the plaintiff's claims shall be dismissed

with prejudice, and without costs or attorney's fees.

PLAINTIFF, DAVID WORONICK,


By: /s/ *Daniel S. Blinn*
      Daniel S. Blinn (ct02188)
      Consumer Law Group, LLC
      35 Cold Spring Road, Suite 512
      Rocky Hill, Connecticut 06067
      Tel (860) 571-0408
      Fax (860) 571-7457
      dblinn@consumerlawgroup.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 26th day of September, 2017, a copy of foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


Nissan of Middletown CT LLC
f/k/a GPB Cars, LLC
c/o Attorney Douglas M. Thomas, Its Registered Agent for Service
Atlas and Hudon LLP
433 South Main Street, Suite 306
West Hartford, CT 06110

Nissan of Middleton CT LLC
f/k/a GPB Cars, LLC
1153 Newfield Street
Middletown, CT 06457


                           /s/Daniel S. Blinn
                           Daniel S. Blinn